**DISMISSED and Opinion Filed December 11, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00844-CV**

**IN THE INTEREST OF J.B., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-12226**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

Before the Court is appellant's notice of non-suit which we construe as a motion to dismiss because he no longer desires to pursue this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

240844f.p05

/Craig Smith//
CRAIG SMITH
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF J.B., A CHILD

No. 05-24-00844-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-22-12226. Opinion delivered by Justice Smith. Justices Pedersen, III and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees Dachya Bray, Jennifer Kent, James Wright, and Abrazo Adoption Agencies recover their costs of this appeal from appellant Dramelle Jackson.

Judgment entered this 11th day of December, 2024.

–2–